UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIA MENDOZA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 1:13-CV-1213-SKO<br><br>**STIPULATION REQUESTING THAT PLAINTIFF BE PERMITTED ADDITIONAL TIME TO SERVE A CONFIDENTIAL LETTER BRIEF ON DEFENDANT and ORDER THEREON** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time of 49-days to file Plaintiff's Confidential Letter Brief.

Counsel for the Plaintiff had a severe data loss on their hard drive. This caused several cases to be re-calendared so that Plaintiff's attorney had time to recreate the files pertaining to those cases. This case has been requested to be re-calendared in a gap in attorney's briefing schedule as to prevent requests for extensions in other cases. The Confidential Letter Brief is currently due on January 10, 2013. Plaintiff requests an extension of time to February 28, 2014.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated October 25, 2013:            /s/ Kelsey M Brown
                                    KELSEY MACKENZIE BROWN CA #263109
                                    Dellert Baird Law Offices, PLLC

Page 1

9481 Bayshore Dr. NW, #203
Silverdale, WA 98383
(360) 329-6968
Attorney for Plaintiff

Dated October 25, 2013:         s/ KELSEY M. BROWN for Timothy Bolin
TIMOTHY BOLIN
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, it is HEREBY ORDERED that

1. Plaintiff's confidential letter brief shall be served on Defendant **no later than February 28, 2014**;

2. Plaintiff shall file a proof of service of the confidential letter brief; and

3. The remainder of the deadlines shall be calculated pursuant to the requirements of the Scheduling Order.[2]

IT IS SO ORDERED.

   Dated:   **January 10, 2014**                        **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE

---

[2] Pursuant to the Scheduling Order, within 35 days after service of Plaintiff's letter brief, Defendant shall serve a response on Plaintiff. (Doc. 6, ¶ 4.) The remainder of the deadlines flow from the date that Defendant actually serves a response to Plaintiff's confidential letter brief. (Doc. 6, ¶¶ 5-8.)

Page 2