KELSEY MACKENZIE BROWN
CA #263109
Dellert Baird Law Office, PLLC
PO Box 3757
Silverdale, WA 98383

Phone:  (360) 329-6968
Fax:  (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MENDOZA, | Case No.  1:13-cv-01213-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S STIPULATED MOTION FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |
| v. | |
| | (Doc. 20) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendants. | |

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees and expenses in the amount of $8,000.00, shall be awarded to Plaintiff as a settlement amount.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made **payable to Kelsey Mackenzie Brown**, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The check for expenses should be made payable to Dellert Baird Law Offices, PLLC.

The parties agree that whether these checks are made payable to Plaintiff, or to Kelsey Mackenzie Brown, they shall be mailed to Plaintiff's attorney at the following address: **Dellert Baird Law Offices, PLLC, c/o Kelsey Brown, 2529 Cliffside Ln NW, H-102, Gig Harbor, WA 98335**.

Dated this 2nd day of July 2015:

<u>s/ KELSEY MACKENZIE BROWN</u>
Kelsey Mackenzie Brown, CA #263109
Dellert Baird Law Offices, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Telephone:  (360) 329-6968
FAX:  (360) 329-6968
Dellert.Law.Office@gmail.com

Attorney for Plaintiff

Dated this 2nd day of July 2015:

<u>s/ KELSEY MACKENZIE BROWN FOR</u>
Timothy Bolin
Via email authorization
Social Security Administration
Office of the General Counsel
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
415-977-8942

Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **July 13, 2015**           <u>    /s/ Sheila K. Oberto    </u>
                                     UNITED STATES MAGISTRATE JUDGE